Lafcadio H Darling, OSB No. 220665
ldarling@hwb-law.com
Holmes Weddle & Barcott PC
3101 Western Avenue, Suite 500
Seattle, WA 98121-3071
206-292-8008

*Attorney for Plaintiff*
Oregon Coast Bank

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| OREGON COAST BANK, an Oregon full-service financial institution,<br><br>Plaintiff,<br><br>v.<br><br>GRANVILLE, O.N. 241539, its Engines, Machinery, Appurtenances, etc., *In Rem;*<br><br>and<br><br>FV GRANVILLE, LLC, an Oregon limited liability company, and COREY C. FELDNER, individually and in his official capacity as Member/Manager of FV GRANVILLE, LLC, *In Personam,*<br><br>Defendants. | Case No.:<br><br>**VERIFIED COMPLAINT TO FORECLOSE PREFERRED SHIP MORTGAGE IN REM, ENFORCEMENT OF SECURITY INTEREST, AND FOR BREACH OF CONTRACT**<br><br>**IN ADMIRALTY** |



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Oregon Coast Bank, an Oregon state chartered bank, (referred to at times hereafter as "Plaintiff") alleges as follows:

## I. PARTIES

1.1. Oregon Coast Bank is an Oregon state chartered bank doing business in this District.

1.2. Defendant Corey Feldner is an individual who, on information and belief, resides in this District.

1.3. Defendant F/V Granville LLC is an Oregon Limited Liability Company operating at all times in the State or Oregon and in this District.

1.4. *In rem* Defendant, the vessel F/V GRANVILLE, is a United States Coast Guard Documented Vessel (O.N. 241539) which is owned by *in personam* Defendant F/V Granville LLC and which is currently located in the waters of this District.

## II. JURISDICTION AND VENUE

2.1 This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. §1333, §31322 and §31325 and an admiralty and maritime matter within the meaning of Fed. R. Civ. P. 9(h). The Court further has supplemental jurisdiction over any state law claims under 28 U.S.C. §1367.

2.2 Venue is proper under 28 U.S.C. §1391 since the Defendants are located in this District and the acts and omissions giving rise to this action occurred in this District.

## III. STATEMENT OF FACTS

3.1 On or about December 17, 2015, Jeff Feldner, Defendant Corey Feldner, and Defendant F/V Granville LLC entered into a Business Loan Agreement with Plaintiff in the amount of $20,000. The Loan Agreement had a maturity date of December 17, 2016. A true and



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

correct copy of the Business Loan Agreement is attached hereto as **Exhibit A.**

3.2 Alongside the Loan Agreement, Jeff Feldner, Defendant Corey Feldner, and Defendant F/V Granville LLC signed a Promissory Note in the amount of $20,000 to document the obligation to repay the Business Loan made by Plaintiff. The Note required borrowers to repay the entire amount due, plus all accrued unpaid interest by December 17, 2016. A true and correct copy of the Promissory Note is attached hereto as **Exhibit B**.

3.3. At the same time, Jeff Feldner, Defendant Corey Feldner, and Defendant F/V Granville LLC also signed a Commercial Security Agreement to support the Business Loan. This Security Agreement listed as collateral the *in rem* Defendant Vessel F/V GRANVILLE, Oregon Department of Fish and Wildlife Limited Entry Troll Salmon Permit No. 60241 ("Feldner Salmon Permit"), Oregon Department of Fish and Wildlife Limited Entry Dungeness Crab Permit No. 96098 ("Feldner Crab Permit"), along with all other fishing permits, business goods, equipment, rights and other similar collateral. A true and correct copy of the Commercial Security Agreement is attached hereto as **Exhibit C**. Plaintiff's security interest in this collateral was recorded in a UCC filing submitted to the Oregon Secretary of State as required by the Oregon Uniform Commercial Code.

3.4 As further security on the debt, Plaintiff and Defendant F/V Granville LLC entered into a Preferred Ship Mortgage on the in rem Defendant Vessel F/V GRANVILLE. The Mortgage gave Plaintiff mortgagee rights and security on 100% of the Vessel, along with all of her records, accounts, intangibles and proceeds to the full extent available under 46 U.S.C. §31321. The Mortgage also specifically extended to cover the Feldner Salmon Permit and Feldner Crab Permit.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

A true and correct copy of the Preferred Mortgage on the Vessel is attached hereto as **Exhibit D**.

3.5 On February 2, 2017, Plaintiff, Jeff Feldner, Defendant Corey Feldner, and Defendant F/V Granville LLC entered into a Change In Terms ("CIT") Agreement with Plaintiff extending the maturity date of the Business Loan to January 17, 2018. Under the 2017 CIT Agreement, the maturity date for the 2016 $20,000 loan was extended, the line of credit terms were changed, the loan risk grade was changed, and the borrower agreed to modest CIT Agreement fees. A true and correct copy of the 2017 CIT Agreement is attached hereto as **Exhibit E**.

3.6 On February 1, 2018, Plaintiff, Jeff Feldner, Defendant Corey Feldner, and Defendant F/V Granville LLC entered into a CIT Agreement with Plaintiff extending the maturity date of the Business Loan to January 17, 2019. Under the 2018 CIT Agreement, the maturity date for the loan was extended and the borrower agreed to modest CIT Agreement fees. A true and correct copy of the 2018 CIT Agreement is attached hereto as **Exhibit F.**

3.7 On February 14, 2019, Plaintiff, Defendant Corey Feldner, and Defendant F/V Granville LLC entered into a CIT Agreement extending the maturity date of the Business Loan to January 17, 2020. Under the 2019 CIT Agreement, the maturity date for the loan was extended and the borrower agreed to modest CIT Agreement fees. A true and correct copy of the 2019 CIT Agreement is attached hereto as **Exhibit G**.

3.8 On January 30, 2020, Plaintiff, Defendant Corey Feldner, and Defendant F/V Granville LLC entered into a CIT Agreement extending the maturity date of the Business Loan to January 17, 2021. Under the 2020 CIT Agreement, the maturity date for the loan was extended and the borrower agreed to modest CIT Agreement fees. A true and correct copy of the 2020 CIT



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Agreement is attached hereto as **Exhibit H**.

3.9 On April 12, 2021, Plaintiff, Defendant Corey Feldner, and Defendant F/V Granville LLC entered into a CIT Agreement changing the terms of the Business Loan made by Plaintiff. Under the 2021 CIT Agreement, the loan was converted from a revolving line of credit loan to a fixed principal and interest loan, with an agreed interest rate of 7.5%. In the 2021 CIT Agreement, payments were re-amortized based on the current principal balance with a first payment date of May 17, 2021. The restated principal agreed to on the 2021 CIT Agreement was $17,164.24. A true and correct copy of the 2021 CIT Agreement is attached hereto as **Exhibit I.**

3.10 On or about April 17, 2022, *in personam* Defendants breached their obligations under the Loan Agreement, as modified by the 2021 CIT Agreement by failing to make payment on the loan. Under the terms of the Loan Agreement, Promissory Note, and Ship Mortgage, an event of default by debtors, including a default in the repayment obligation, will cause the full balance of the loan, plus accrued interest and other charges, to become immediately due and payable.

3.11 At the time of default, the principal balance due was $15,111.18. As of November 16, 2022 interest and charges due on the loan totaled $977.35, making the total due as of that date $16,088.49. At the rate agreed in the 2021 CIT Agreement, interest continues to accrue on the loan at a rate of $3.15/day.

3.12 The Business Loan Agreement, Commercial Security Agreement, Promissory Note, Preferred Ship Mortgage, and 2021 CIT Agreement each provide that in the event of default under those respective agreements, Defendants are liable for all costs of collection, including all attorney's fees, costs, and other expenses.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

3.13 The Vessel is currently moored in Westport, Oregon. To the knowledge of Plaintiff, the Vessel has no crew or other persons aboard and no one is residing on the Vessel.

## IV. FIRST CAUSE OF ACTION: BREACH OF CONTRACT

4.1 Plaintiff re-alleges the paragraphs above as if fully set forth herein.

4.2 By failing to meet its payment obligation as agreed in the Loan Agreement, as modified by the CIT agreements, Defendants defaulted on the Business Loan Agreement, Security Agreement, Promissory Note, Preferred Ship Mortgage, and 2021 CIT Agreement.

4.3 As a result of its default and breach of these agreements, Defendants are liable to Plaintiff in the amount of $16,088.49 as of November 16, 2022, plus additional accrued interest, plus attorney's fees, and all other collection costs, including arrest costs.

## V. SECOND CAUSE OF ACTION: FORECLOSURE OF PREFERRED SHIP MORTGAGE AND ARREST OF VESSEL

5.1 Plaintiff re-alleges the paragraphs above as if fully set forth herein.

5.2 The Preferred Ship Mortgage secured by the *in rem* Defendant Vessel F/V GRANVILLE provided that in the event of default under the Business Loan Agreement, Security Agreement or Promissory Note, Plaintiff as mortgagee has the right to foreclose on its mortgage and take possession of the Vessel, the Feldner Salmon Permit, the Feldner Crab Permit, and any other accounts or assets of the Vessel as a remedy for default.

5.3 Since Defendants have defaulted under the terms of the loan documents, Plaintiff has the right to immediately foreclose on the Ship Mortgage and arrest the Vessel and Permits for the purpose of sale to satisfy the debt to Plaintiff.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## VI. THIRD CAUSE OF ACTION: FORECLOSURE OF UCC LIEN AGAINST COLLATERAL

6.1 Plaintiff re-alleges the paragraphs above as if fully set forth herein.

6.2 The Commercial Security Agreement signed by *in personam* Defendants granted Plaintiff a security interest in certain collateral, including the Vessel and its equipment and gear, the Feldner Salmon Permit, the Feldner Crab Permit, accounts, related rights and other business assets. In the event of default, this Agreement gives Plaintiff the right to take possession of all collateral listed in the Security Agreement and to sell such collateral to satisfy the debt to Plaintiff in accordance with the Uniform Commercial Code.

6.3 Since Defendants have breached the Business Loan Agreement, Commercial Security Agreement, Promissory Note, and CIT Agreements, Plaintiff has the right to foreclose on its UCC security interest in the collateral in accordance with ORS 79.0609, including but not limited to the Vessel, the Feldner Salmon Permit, and the Feldner Crab Permit and to possess, negotiate, and sell these assets in satisfaction of the debt as alleged herein as authorized under ORS 79.0610- 79.0615.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. That this Court decree payment due by the Vessel, its appurtenances, including, without limitation, the Fishing Rights, and each of the Defendants of the following:

   a. Principal of $15,111.18, late charges and fees of $206, and interest through November 16, 2022 of $771.31 with per diem interest accruing thereafter at $3.15;

   b. Reasonable attorneys' fees and costs to be proven; and



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

c. The costs of this action including charges for all fees of the U.S. Marshal, for keepers, for the Substitute Custodian, and their costs incurred in this action and for all expenses for the sale of the Vessel, her engines, machinery, and appurtenances, etc.

2. That Plaintiff be adjudged the holder of a first preferred ship mortgage on the Vessel and her appurtenances, including the Feldner Salmon Permit and Felder Crab Permit, for the payment of sums due, including costs and attorneys' fees, and that this Court declare the lien of the said Mortgage to be superior to all other liens which may exist against the Vessel, its appurtenances and rights.

3. That the Mortgage be foreclosed and the Vessel and its appurtenances, including but not limited to the Permits, be sold, separately and singly or together, by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel and its appurtenances are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel and its appurtenances.

4. That *in rem* process in due form of the law issue against the Vessel, its appurtenances, including, without limitation, other collateral.

5. That the Court issue a warrant of arrest, authorizing the U.S. Marshal to arrest the Vessel in accordance with the Supplemental Admiralty Rules, and that the Vessel be placed in the hands of a Substitute Custodian.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

6. That the Court order the sale of the Vessel and other collateral by the U.S. Marshal and that, as such Marshal's sale, Plaintiff be permitted to bid, without cash deposit, its judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof.

7. That the Court authorize Plaintiff to seize and dispose of any collateral covered by the Commercial Security Agreement in accordance with Oregon Law, though judicial or non-judicial means, as permitted by applicable law and Rules.

8. That Plaintiff have such other and further relief as in law and equity it may be entitled to receive.

Dated: December 6, 2022.

HOLMES WEDDLE & BARCOTT PC

*s/ Lafcadio H Darling*

Lafcadio H Darling, OSB No. 220665
Attorney for Plaintiff Oregon Coast Bank



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

VERIFICATION

I, Melissa Chown, being first duly sworn, upon oath depose and state that I am the Senior Vice President / Chief Credit Officer of Oregon Coast Bank, the Plaintiff in this action. I have read the above and foregoing Complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 23 day of November, 2022.

Melissa Chown, SVP, Chief Credit Officer



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289